B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Eastern District of North Carolina | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**New Bern Riverfront Development, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-0254624** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1120 SE Cary Parkway, Suite 201<br>Cary, NC**<br>ZIP Code **27518** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Wake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):   **101 Middle Street<br>New Bern, NC 28560** | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>■ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13       ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."       ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(1/08)                                                                                                Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **New Bern Riverfront Development, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____<br> Signature of Attorney for Debtor(s)              (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

■     Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐     There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐     Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐     Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

      _____
      (Name of landlord that obtained judgment)

      _____
      (Address of landlord)

☐     Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐     Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐     Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                  Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **New Bern Riverfront Development, LLC** |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney\***

**X** **/s/ John A. Northen, NCSB**
Signature of Attorney for Debtor(s)

**John A. Northen, NCSB 6789**
Printed Name of Attorney for Debtor(s)

**Northen Blue, L.L.P.**
Firm Name

**1414 Raleigh Road, Suite 435**
**P.O. Box 2208**
**Chapel Hill, NC 27515-2208**

_____
Address

**(919) 968-4441**
Telephone Number

**November 30, 2009**
Date

\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Dicky S. Walia and Sanjay Mundra**
Signature of Authorized Individual

**Dicky S. Walia and Sanjay Mundra**
Printed Name of Authorized Individual

**Managers**
Title of Authorized Individual

**November 30, 2009**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Eastern District of North Carolina

In re     New Bern Riverfront Development, LLC

                              Debtor(s)

Case No. _____

Chapter     11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

       Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Cebridge Acquisitions, LP dba SuddenLink PO Box 742507 Cincinnati, OH 45274 | Cebridge Acquisitions, LP dba SuddenLink PO Box 742507 Cincinnati, OH 45274 | Telephone/Cable | Disputed | 7,000.00 |
| City of New Bern PO Box 1129 New Bern, NC 28563 | City of New Bern PO Box 1129 New Bern, NC 28563 | utility charges | | 14,000.00 |
| City of New Bern PO Box 1129 New Bern, NC 28563 | City of New Bern PO Box 1129 New Bern, NC 28563 | Tap fees, water and sewer | | 145,580.00 |
| City of New Bern PO Box 1129 New Bern, NC 28563 | City of New Bern PO Box 1129 New Bern, NC 28563 | Property Tax | | 141,951.43 |
| City of New Bern PO Box 1129 New Bern, NC 28563 | City of New Bern PO Box 1129 New Bern, NC 28563 | Sidewalk improvements | | 67,700.00 |
| Craven County 226 Pollock Street New Bern, NC 28560 | Craven County 226 Pollock Street New Bern, NC 28560 | Property Tax | | 129,325.38 |
| Hatchett Hospitality 122 East Taylor Street Griffin, GA 30224 | Hatchett Hospitality 122 East Taylor Street Griffin, GA 30224 | Furniture for units Promissory Note | | 102,446.18 |
| Howard, Perry & Walston 1001 Wade Ave Suite 102 Raleigh, NC 27605 | Howard, Perry & Walston 1001 Wade Ave Suite 102 Raleigh, NC 27605 | Professional fees/commissions | Disputed | 1,200.00 |
| JDA Architects 510 Glenwood Avenue, Suite 201 Raleigh, NC 27603 | JDA Architects 510 Glenwood Avenue, Suite 201 Raleigh, NC 27603 | Professional fees | Disputed | 5,000.00 |
| McKim & Creed PO Box 890369 Charlotte, NC 28289-0369 | McKim & Creed PO Box 890369 Charlotte, NC 28289-0369 | Professional fees | Disputed | 13,116.24 |
| Philadelphia Insurance PO Box 70251 Philadelphia, PA 19176 | Philadelphia Insurance PO Box 70251 Philadelphia, PA 19176 | 2009-2010 Insurance | | 15,813.65 |

**B4 (Official Form 4) (12/07) - Cont.**

In re    New Bern Riverfront Development, LLC                              Case No. _____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| RyPark Advertising 3211 Rogers Road Suite 208 Wake Forest, NC 27587 | RyPark Advertising 3211 Rogers Road Suite 208 Wake Forest, NC 27587 | Advertising | | 4,764.69 |
| Siemens Building Technologies, Inc. 198 Metro Drive, Spartanburg, SC 29303 | Siemens Building Technologies, Inc. 198 Metro Drive, Spartanburg, SC 29303 | Security | | 22,591.00 |
| T & S Property Management, LLC dba CAMS 1630 Military Cutoff Road Suite 108 Wilmington, NC 28403 | T & S Property Management, LLC dba CAMS 1630 Military Cutoff Road Suite 108 Wilmington, NC 28403 | Homeowners dues, Skysail Homeowners Association | | 27,835.02 |
| The Insurance Center 1320 Commerece Drive New Bern, NC 28562 | The Insurance Center 1320 Commerece Drive New Bern, NC 28562 | 2009-2010 Flood Insurance | | 10,444.35 |
| URS Corp. 1000 NE Abernathy Road Suite 900 Atlanta, GA 30328 | URS Corp. 1000 NE Abernathy Road Suite 900 Atlanta, GA 30328 | Professional fees, expert witness | | 70,639.70 |
| Ward  & Smith PO Box 867 New Bern, NC 28563-0867 | Ward  & Smith PO Box 867 New Bern, NC 28563-0867 | Professional fees, special counsel | | 330,612.89 |
| | | | | |
| | | | | |
| | | | | |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

        I, the Managers of the corporation named as the debtor in this case, declare under penalty of perjury that I have
read the foregoing list and that it is true and correct to the best of my information and belief.

Date    November 30, 2009                          Signature    /s/ Dicky S. Walia and Sanjay Mundra
                                                                Dicky S. Walia and Sanjay Mundra
                                                                Managers

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Eastern District of North Carolina

In re   **New Bern Riverfront Development, LLC**                                    ,
                                            Debtor

Case No. _____

Chapter_____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 31,500,000.00 | | |
| B - Personal Property | Yes | 3 | 15,040.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 23,359,281.37 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 271,276.81 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | 2,046,222.59 | |
| G - Executory Contracts and Unexpired Leases | Yes | 5 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 18 | | | |
| Total Assets | | | 31,515,040.00 | | |
| Total Liabilities | | | | 25,676,780.77 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
### Eastern District of North Carolina

In re    **New Bern Riverfront Development, LLC** ,    Case No. _____
Debtor

Chapter _____ **11** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re  **New Bern Riverfront Development, LLC**
_____,      Case No. _____
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|:---:|---:|---:|
| **Unsold units in Sky Sail Condominium** | **fee simple** | **-** | **31,500,000.00** | **23,359,281.37** |

|  | Sub-Total >   | **31,500,000.00** | (Total of this page) |
|---|---|---|---|
|  | Total >   | **31,500,000.00** |  |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   **New Bern Riverfront Development, LLC**                              ,   Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Trust Atlantic, checking account** | - | 40.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          **40.00**
(Total of this page)

__2__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                     Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **New Bern Riverfront Development, LLC**    ,    Case No. _____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Counterclaims or cross-claims, Weaver Cooke, JDavis Architects** | - | Unknown |

Sub-Total >       **0.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **New Bern Riverfront Development, LLC**
_____,     Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Furnitures & Fixtures in Unsold units in Sky Sail Condominium** | - | 15,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 15,000.00 |
|---|---:|---:|
|  | (Total of this page) | |
|  | Total > | 15,040.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6D (Official Form 6D) (12/07)

In re  **New Bern Riverfront Development, LLC**                                          Case No. _____
                                                                          ,
                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Mortgage, first lien** | | | | | |
| **Wachovia** **150 Fayetteville St** **Suite 200** **Raleigh, NC 27601** | X | - | **Unsold units in Sky Sail Condominium** | | | | | |
| | | | Value $           **31,500,000.00** | | | | 21,015,209.45 | 0.00 |
| Account No. | | | **General Contractor, second lien (44A)** | | | | | |
| **Weaver Cooke Construction, LLC** **3725 National Drive** **Suite 215** **Raleigh, NC 27612** | | - | **Unsold units in Sky Sail Condominium** | | | X | | |
| | | | Value $           **31,500,000.00** | | | | 2,344,071.92 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

__0__ continuation sheets attached

|  | Subtotal (Total of this page) | 23,359,281.37 | 0.00 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 23,359,281.37 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re  **New Bern Riverfront Development, LLC**                                      ,    Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____    continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re __New Bern Riverfront Development, LLC_____,    Case No. _____
                                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | | |
| Account No. | | | | 9/1/2009 | | | | | | |
| City of New Bern PO Box 1129 New Bern, NC 28563 | - | | | Property Tax | | | | 141,951.43 | 0.00 | 141,951.43 |
| Account No. | | | | 9/1/2009 | | | | | | |
| Craven County 226 Pollock Street New Bern, NC 28560 | - | | | Property Tax | | | | 129,325.38 | 0.00 | 129,325.38 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |

Sheet __1___ of __1___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | |
|---|---|---|---|
| | | 271,276.81 | 271,276.81 |
| | Total (Report on Summary of Schedules) | 0.00 | |
| | | 271,276.81 | 271,276.81 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re __**New Bern Riverfront Development, LLC**_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Telephone/Cable | | | | |
| **Cebridge Acquisitions, LP dba SuddenLink PO Box 742507 Cincinnati, OH 45274** | X | - | | | | X | 7,000.00 |
| Account No. | | | Sidewalk improvements | | | | |
| **City of New Bern PO Box 1129 New Bern, NC 28563** | | - | | | | | 67,700.00 |
| Account No. | | | Tap fees, water and sewer | | | | |
| **City of New Bern PO Box 1129 New Bern, NC 28563** | | - | | | | | 145,580.00 |
| Account No. | | | utility charges | | | | |
| **City of New Bern PO Box 1129 New Bern, NC 28563** | | - | | | | | 14,000.00 |
| __3__ continuation sheets attached | | | | Subtotal (Total of this page) | | | 234,280.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    S/N:20666-091116   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **New Bern Riverfront Development, LLC**                                    ,          Case No. _____
                                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Hatchett Hospitality**<br>**122 East Taylor Street**<br>**Griffin, GA 30224** | X | - | | **Furniture for units**<br>**Promissory Note** | | | | 102,446.18 |
| Account No.<br><br>**Howard, Perry & Walston**<br>**1001 Wade Ave**<br>**Suite 102**<br>**Raleigh, NC 27605** | | - | | **Professional fees/commissions** | | | X | 1,200.00 |
| Account No.<br><br>**JDA Architects**<br>**510 Glenwood Avenue, Suite 201**<br>**Raleigh, NC 27603** | | - | | **Professional fees** | | | X | 5,000.00 |
| Account No.<br><br>**Marina Business Ventures, LLC**<br>**1120 SE Cary Pkwy**<br>**Ste 201**<br>**Cary, NC 27518** | | - | | **Funds advanced** | | | | 327,420.32 |
| Account No.<br><br>**McKim & Creed**<br>**PO Box 890369**<br>**Charlotte, NC 28289-0369** | | - | | **Professional fees** | | | X | 13,116.24 |

Sheet no. __1__ of __3__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

449,182.74

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **New Bern Riverfront Development, LLC**                              ,     Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009-2010 Insurance | | | | |
| Philadelphia Insurance PO Box 70251 Philadelphia, PA 19176 | X | - | | | | | 15,813.65 |
| Account No. | | | Advertising | | | | |
| RyPark Advertising 3211 Rogers Road Suite 208 Wake Forest, NC 27587 | | - | | | | | 4,764.69 |
| Account No. | | | Security | | | | |
| Siemens Building Technologies, Inc. 198 Metro Drive, Spartanburg, SC 29303 | X | - | | | | | 22,591.00 |
| Account No. | | | Funds advanced | | | | |
| Soleil Group, Inc. 1120 SE Cary Pkwy Ste 201 Cary, NC 27518 | | - | | | | | 71,480.00 |
| Account No. | | | Homeowners dues, Skysail Homeowners Association | | | | |
| T & S Property Management, LLC dba CAMS 1630 Military Cutoff Road Suite 108 Wilmington, NC 28403 | X | - | | | | | 27,835.02 |

| Sheet no. __2__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 142,484.36 |
|---|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **New Bern Riverfront Development, LLC**                                    ,     Case No. _____

                                                           Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2009-2010 Flood Insurance | | | | |
| **The Insurance Center** **1320 Commerece Drive** **New Bern, NC 28562** | X | - | | | | | | 10,444.35 |
| Account No. | | | | Funds advanced | | | | |
| **Trent-Neuse Hotel, LLC** **1120 SE Cary Pkwy** **Ste 201** **Cary, NC 27518** | | - | | | | | | 748,541.56 |
| Account No. | | | | Professional fees, expert witness | | | | |
| **URS Corp.** **1000 NE Abernathy Road** **Suite 900** **Atlanta, GA 30328** | X | - | | | | | | 70,639.70 |
| Account No. | | | | Professional fees, special counsel | | | | |
| **Ward  & Smith** **PO Box 867** **New Bern, NC 28563-0867** | | - | | | | | | 330,612.89 |
| Account No. | | | | Commissions | | | | |
| **Welcome Real Estate Company** **1120 SE Cary Pkwy, Ste 201** **Cary, NC 27518** | | - | | | | | | 60,036.99 |

| Sheet no. __3__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 1,220,275.49 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 2,046,222.59 |

B6G (Official Form 6G) (12/07)

.

In re    **New Bern Riverfront Development, LLC**                                         ,    Case No. _____
                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Ann Buivid & Martin Spratt**<br>**44 Fern Valley Road**<br>**Weston, CT 06883** | **Purchase Agreement for unit 102** |
| **Anthony Low & Rosemary Low**<br>**9820 Blackwell Dr**<br>**Raleigh, NC 27617** | **Purchase Agreement for unit 205** |
| **Cebridge Acquisitions, LP**<br>**dba Suddenlink**<br>**PO Box 742507**<br>**Cincinnati, OH 45274** | **Telephone/Cable Equipment service agreement** |
| **Christopher  S. Boyce**<br>**204 Benfield Road**<br>**Severna Park, MD 21146** | **Purchase Agreement for unit 305** |
| **DAKZ, LLC**<br>**1500 Sunday Drive, Suite 300`**<br>**Raleigh, NC 27612** | **Purchase Agreement for unit 407** |
| **Daryl Burgess, Ward Sylvester, Talmage**<br>**Burgess and William Hargett**<br>**102 Pecan Lane**<br>**Richlands, NC 28514** | **Purchase Agreement for unit 121** |
| **David Naugler & Elaine C. Naugler**<br>**9009 Peregrine Dr.**<br>**Gibsonis, PA 15044** | **Purchase Agreement for unit 404** |
| **Douglas K. Moyers & Cheryl Moyers**<br>**242 Drake Landing**<br>**New Bern, NC 28560** | **Purchase Agreement for unit 123** |
| **Douglas Letts & Pamela Letts**<br>**102 Duckhead Pt**<br>**Cary, NC 27511** | **Purchase Agreement for unit 203** |
| **Dwayne Duckett & Claire Duckett**<br>**2508 Laurelford Lane**<br>**Wake Forest, NC 27587** | **Purchase Agreement for unit 401** |
| **Elaine Zimmerman**<br>**1792 Bedford Cove**<br>**Germantown, TN 38139** | **Purchase Agreement for unit 427** |

**4**

___ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

In re  **New Bern Riverfront Development, LLC**                                    ,     Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Erline Rita Gage Johnson & Graham Johnson, Trustees** 57 Briole Path Lane Madison, CT 06443 | **Purchase Agreement for unit 417** |
| **Frank Tantum & Nasser Diab** 14715 S. Woodcrest Ave Homer Glenn, IL 60491 | **Purchase Agreement for unit 403** |
| **Gregory E. Irvin & Beatrice L. DeMitte** 288 Ocean Avenue New London, CT 06320 | **Purchase Agreement for unit 430** |
| **Gregory V Miller & Paula J Miller** 12 Cress Run Circle Shepherdstown, WV 25443 | **Purchase Agreement for unit 304** |
| **GTG Properties LLC** 5217 Trent Woods Dr New Bern, NC 28562 | **Purchase Agreement for unit 224** |
| **GTG Properties LLC** 5217 Trent Woods Dr New Bern, NC 28562 | **Purchase Agreement for unit 324** |
| **HNM Coastal Properties LLC** 242 Drake Landing New Bern, NC 28560 | **Purchase Agreement for unit 230** |
| **IQWare Inc** 600 Hillsborr Blvd W #102 Deerfield Beach, FL 33441 | **Software Maintenance, license and purchase agreement** |
| **Jack Passot & Kathy J Passot** 307 Middle Street Apt E New Bern, NC 28560 | **Purchase Agreement for unit 216** |
| **James D. Schulteis & May S. Schulteis** 5718 Gondolier Dr New Bern, NC 28562 | **Purchase Agreement for unit 225** |
| **Janet E. Crane, Trustee** 1224 Lafayette Rd. Gladwyne, PA 19035 | **Purchase Agreement for unit 321** |
| **Jay P. Cherry & Ann B. Cherry** 1407 St. James Place Kinston, NC 28504 | **Purchase Agreement for unit 319** |

Sheet  __1__  of  __4__  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **New Bern Riverfront Development, LLC**                                    ,        Case No. _____
_____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Jeffrey A. Passot**<br>**309 Middle Street**<br>**Suite 3**<br>**New Bern, NC 28560** | **Purchase Agreement for unit 229** |
| **Jeffrey B. Taylor & Melissa D. Ellis**<br>**3606 Old Cherry Point Rd.**<br>**New Bern, NC 28560** | **Purchase Agreement for unit 116** |
| **John A. Razzano & Patricia Razzano**<br>**7686 Uliva Way**<br>**Sarasota, FL 34238** | **Purchase Agreement for unit 329** |
| **John K. Kryvoruka**<br>**4231 S. Franklinia St**<br>**St. Augustine, FL  32092, FL 32092** | **Purchase Agreement for unit 431** |
| **Jonathan Kramer & Laurie Kramer**<br>**5909 Charleycoat Dr**<br>**Raleigh, NC 27614** | **Purchase Agreement for unit 412** |
| **Jonathan Kramer & Laurie Kramer**<br>**5909 Charleycoat Dr**<br>**Raleigh, NC 27614** | **Purchase Agreement for unit 435** |
| **Julian Romero**<br>**75 Amberly Ct**<br>**Franklin Park, NJ 08823** | **Purchase Agreement for unit 310** |
| **Justin R. Spratt & Martin Spratt**<br>**9 Richdale Dr.**<br>**PO Box 787**<br>**Wilton, CT 06897** | **Purchase Agreement for unit 125** |
| **Kenneth W. Fowler & Susan E. Fowler**<br>**1004 Grogans Mill Dr**<br>**Cary, NC 27519** | **Purchase Agreement for unit 414** |
| **Khaled Jreisat & Jacqueline Jreisat**<br>**234 Drake Landing**<br>**New Bern, NC 28560** | **Purchase Agreement for unit 306** |
| **Marcia Ibrahim & Michael Ibrahim**<br>**2012 Valley View Way**<br>**Lansdale, PA 19446** | **Purchase Agreement for unit 419** |
| **Marcia Ibrahim & Michael Ibrahim**<br>**2012 Valley View Way**<br>**Lansdale, PA 19446** | **Purchase Agreement for unit 428** |
| **Mark A. Wilson & Stephanie Wilson**<br>**201 Park Meadow Dr.**<br>**Cary, NC 27519** | **Purchase Agreement for unit 406** |

Sheet __2__ of __4__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **New Bern Riverfront Development, LLC**                                ,    Case No. _____

                                                Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Mark Halpin & Ninette Halpin**<br>**20 Aden Road**<br>**Liberty, NY 12754** | **Purchase Agreement for unit 405** |
| **Matthew J Hertzberg**<br>**PO Box 243**<br>**1505 Salter Path Rd #119**<br>**Salter Path, NC 28575** | **Purchase Agreement for unit 134** |
| **Melvin L  Toomey**<br>**38 Shelbourne Dr**<br>**Goshen, CT 06756** | **Purchase Agreement for unit 135** |
| **Michael J Rodell**<br>**6 Marlorville Road**<br>**Wrappingers Fall, NY 12590** | **Purchase Agreement for unit 234** |
| **Michael P Campbell &**<br>**Catherine M Campbell**<br>**14517 Akker Ct**<br>**Gainesville, VA 20152** | **Purchase Agreement for unit 307** |
| **Richard Burrows**<br>**3103 Peppercorn Road**<br>**New Bern, NC 28562** | **Purchase Agreement for unit 433** |
| **Richard J. Rodriguez**<br>**106 Two Putt Ct**<br>**Suite 3**<br>**New Bern, NC 28560** | **Purchase Agreement for unit 214** |
| **Rosemarie Fiorito**<br>**75 Miller Ave**<br>**Apt # 405**<br>**Freeport, NY 11520** | **Purchase Agreement for unit 103** |
| **Siemens Building Technologies, Inc.**<br>**1745 Corporate Drive**<br>**Suite 240**<br>**Norcross, GA 30093** | **Security System** |
| **Stanly Hall LLC**<br>**240 Craven Street**<br>**New Bern, NC 28560** | **Purchase Agreement for unit 330** |
| **Stephen M Drezen**<br>**38 Shelbourne Dr**<br>**Goshen, CT 06756** | **Purchase Agreement for unit 127** |
| **Steven A. Sanders**<br>**38 Shelbourne Dr**<br>**Goshen, CT 06756** | **Purchase Agreement for unit 316** |

Sheet ___**3**___ of ___**4**___ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **New Bern Riverfront Development, LLC**                                     ,    Case No. _____

Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Susan Mullan**<br>**821 Woodside Dr.**<br>**Wantagh, NY 11793** | **Purchase Agreement for unit 105** |
| **T & S Property Management, LLC**<br>**dba CAMS**<br>**1630 Military Cutoff Rd, Suite 108**<br>**Wilmington, NC 28403** | **Property Management Agreement** |
| **The Clifton M Stoneburner and**<br>**Mary T. Stoneburner Trust**<br>**6200 Candle Ct**<br>**Sykesville, MD 21784** | **Purchase Agreement for unit 219** |
| **The Investment Club LLC**<br>**243 Craven Steet**<br>**New Bern, NC 28560** | **Purchase Agreement for unit 236** |
| **The Sturman Family Trust**<br>**5112 Pinetree Lane**<br>**New Bern, NC 28562** | **Purchase Agreement for unit 421** |
| **Theodore F  Shults &**<br>**Katharine F  Shults**<br>**1021 Parchemin Trail**<br>**Chapel Hill, NC 27576** | **Purchase Agreement for unit 217** |
| **Thomas Eugene Curd & Susan Margaret Curd**<br>**302 Day Lilly Lane**<br>**Pollocksville, NC 28573** | **Purchase Agreement for unit 208** |
| **Thomas H. Luter & Beverly G. Luter**<br>**1705 Hunting Ridge Road**<br>**Raleigh, NC 27615** | **Purchase Agreement for unit 317** |
| **Thyssenkrupp Elevator Company**<br>**5995 Chapel Hill Road, Suite 101**<br>**Raleigh, NC 27607** | **Elevator Maintenance** |
| **William G. Price & Janet F. Price**<br>**5020 Fairways Circle #307**<br>**Vero Beach, FL 32967** | **Purchase Agreement for unit 432** |

Sheet __4__ of __4__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

.

In re    **New Bern Riverfront Development, LLC**                                    ,    Case No. _____
                                                                Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Arvind K. Singh**<br>**3685 Wheeler Road, Suite 201**<br>**Augusta, GA 30906**<br>      **guarantor** | **Wachovia**<br>**150 Fayetteville St**<br>**Suite 200**<br>**Raleigh, NC 27601** |
| **Dicky S. Walia**<br>**1120 SE Cary Parkway, Suite 201**<br>**Cary, NC 27518**<br>      **guarantor** | **Wachovia**<br>**150 Fayetteville St**<br>**Suite 200**<br>**Raleigh, NC 27601** |
| **Harinderjit Singh**<br>**3685 Wheeler Road, Suite 201**<br>**Augusta, GA 30906**<br>      **guarantor** | **Wachovia**<br>**150 Fayetteville St**<br>**Suite 200**<br>**Raleigh, NC 27601** |
| **Harminder Paul Singh**<br>**1120 SE Cary Parkway, Suite 204**<br>**Cary, NC 27518**<br>      **guarantor** | **Wachovia**<br>**150 Fayetteville St**<br>**Suite 200**<br>**Raleigh, NC 27601** |
| **Navreet Singh**<br>**1120 SE Cary Parkway, Suite 204**<br>**Cary, NC 27518**<br>      **guarantor** | **Wachovia**<br>**150 Fayetteville St**<br>**Suite 200**<br>**Raleigh, NC 27601** |
| **Pamela Mundra**<br>**6216 Barclay Woods Court**<br>**Raleigh, NC 27614**<br>      **guarantor** | **Wachovia**<br>**150 Fayetteville St**<br>**Suite 200**<br>**Raleigh, NC 27601** |
| **Rita D. Walia**<br>**1120 SE Cary Parkway, Suite 201**<br>**Cary, NC 27518**<br>      **guarantor** | **Wachovia**<br>**150 Fayetteville St**<br>**Suite 200**<br>**Raleigh, NC 27601** |
| **Sanjay Mundra**<br>**1120 SE Cary Parkway, Suite 201**<br>**Cary, NC 27518**<br>      **guarantor** | **Wachovia**<br>**150 Fayetteville St**<br>**Suite 200**<br>**Raleigh, NC 27601** |
| **Skysail Owners Association, Inc.**<br>**c/o T & S Property Management, LLC**<br>**1630 Military Cutoff Road, Ste 108**<br>**Wilmington, NC 28403** | **Cebridge Acquisitions, LP**<br>**dba SuddenLink**<br>**PO Box 742507**<br>**Cincinnati, OH 45274** |

**1**
_____  continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                    Best Case Bankruptcy

In re   **New Bern Riverfront Development, LLC**                                        ,   Case No. _____

                                              Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Skysail Owners Association, Inc.**<br>**c/o T & S Property Management, LLC**<br>**1630 Military Cutoff Road, Ste 108**<br>**Wilmington, NC 28403** | **Philadelphia Insurance**<br>**PO Box 70251**<br>**Philadelphia, PA 19176** |
| **Skysail Owners Association, Inc.**<br>**c/o T & S Property Management, LLC**<br>**1630 Military Cutoff Road, Ste 108**<br>**Wilmington, NC 28403** | **T & S Property Management, LLC**<br>**dba CAMS**<br>**1630 Military Cutoff Road Suite 108**<br>**Wilmington, NC 28403** |
| **Skysail Owners Association, Inc.**<br>**c/o T & S Property Management, LLC**<br>**1630 Military Cutoff Road, Ste 108**<br>**Wilmington, NC 28403** | **The Insurance Center**<br>**1320 Commerece Drive**<br>**New Bern, NC 28562** |
| **Skysail Owners Association, Inc.**<br>**c/o T & S Property Management, LLC**<br>**1630 Military Cutoff Road, Ste 108**<br>**Wilmington, NC 28403** | **Siemens Building Technologies, Inc.**<br>**198 Metro Drive,**<br>**Spartanburg, SC 29303** |
| **Soleil Group, Inc.**<br>**1120 SE Cary Parkway, Suite 201**<br>**Cary, NC 27518** | **Hatchett Hospitality**<br>**122 East Taylor Street**<br>**Griffin, GA 30224** |
| **Soleil Group, Inc.**<br>**1120 SE Cary Parkway, Suite 201**<br>**Cary, NC 27518** | **Siemens Building Technologies, Inc.**<br>**198 Metro Drive,**<br>**Spartanburg, SC 29303** |
| **Soleil Group, Inc.**<br>**1120 SE Cary Parkway, Suite 201**<br>**Cary, NC 27518** | **URS Corp.**<br>**1000 NE Abernathy Road**<br>**Suite 900**<br>**Atlanta, GA 30328** |

Sheet   **1**   of   **1**   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of North Carolina

In re    New Bern Riverfront Development, LLC              Case No. _____
                                     Debtor(s)              Chapter    11

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the Manager of the LLC named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___19___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    November 30, 2009         Signature    /s/ Dicky S. Walia and Sanjay Mundra
                                                 Dicky S. Walia and Sanjay Mundra
                                                 Managers

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of North Carolina

In re    New Bern Riverfront Development, LLC

Case No. _____

Debtor(s)    Chapter    11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept as retainer | $ | 50,000.00 |
| Prior to the filing of this statement I have received | $ | 50,000.00 |
| Balance Due | $ | 0.00 |

2.  $  1,039.00   of the filing fee has been paid.

3.  The source of the compensation paid to me was:

☐ Debtor    ☒ Other (specify):    Harinderjit Singh

4.  The source of compensation to be paid to me is:

☒ Debtor    ☐ Other (specify):

5.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  Representation in Chapter 11; fees subject to Court approval

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service: N/A

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    November 30, 2009

/s/ John A. Northen, NCSB
John A. Northen, NCSB 6789
Northen Blue, L.L.P.
1414 Raleigh Road, Suite 435
P.O. Box 2208
Chapel Hill, NC 27515-2208
(919) 968-4441

---

# United States Bankruptcy Court
## Eastern District of North Carolina

In re   New Bern Riverfront Development, LLC        Case No.  _____

                                                  Debtor(s)        Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Dicky S Walia<br>1120 SE Cary Parkway, Suite 201<br>Cary, NC 27518 | | | 30% |
| Harinderjit Singh<br>3685 Wheeler Road, Suite 201<br>Augusta, GA 30906 | | | 30% |
| Harminder Paul Singh<br>1120 SE Cary Parkway, Suite 204<br>Cary, NC 27518 | | | 10% |
| Sanjay Mundra<br>1120 SE Cary Parkway, Suite 201<br>Cary, NC 27518 | | | 30% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the Managers of the LLC named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   November 30, 2009            Signature  /s/ Dicky S. Walia and Sanjay Mundra

                                                                  Dicky S. Walia and Sanjay Mundra

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

**United States Bankruptcy Court**
**Eastern District of North Carolina**

In re   New Bern Riverfront Development, LLC       Case No. _____

                        Debtor(s)       Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the LLC named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    November 30, 2009           /s/ Dicky S. Walia and Sanjay Mundra
                                    Dicky S. Walia and Sanjay Mundra/Managers
                                    Signer/Title

Ann Buivid & Martin Spratt
44 Fern Valley Road
Weston, CT 06883

David Naugler & Elaine C. Naugler
9009 Peregrine Dr.
Gibsonis, PA 15044

Gregory E. Irvin &
Beatrice L. DeMitte
288 Ocean Avenue
New London, CT 06320

Anthony Low & Rosemary Low
9820 Blackwell Dr
Raleigh, NC 27617

Dicky S Walia
1120 SE Cary Parkway, Suite 201
Cary, NC 27518

Gregory V Miller & Paula J Miller
12 Cress Run Circle
Shepherdstown, WV 25443

Arvind K. Singh
3685 Wheeler Road, Suite 201
Augusta, GA 30906

Dicky S. Walia
1120 SE Cary Parkway, Suite 201
Cary, NC 27518

GTG Properties LLC
5217 Trent Woods Dr
New Bern, NC 28562

Cebridge Acquisitions, LP
dba SuddenLink
PO Box 742507
Cincinnati, OH 45274

Douglas K. Moyers & Cheryl Moyers
242 Drake Landing
New Bern, NC 28560

Harinderjit Singh
3685 Wheeler Road, Suite 201
Augusta, GA 30906

Christopher S. Boyce
204 Benfield Road
Severna Park, MD 21146

Douglas Letts & Pamela Letts
102 Duckhead Pt
Cary, NC 27511

Harminder Paul Singh
1120 SE Cary Parkway, Suite 204
Cary, NC 27518

City of New Bern
PO Box 1129
New Bern, NC 28563

Dwayne Duckett & Claire Duckett
2508 Laurelford Lane
Wake Forest, NC 27587

Hatchett Hospitality
122 East Taylor Street
Griffin, GA 30224

Craven County
226 Pollock Street
New Bern, NC 28560

Elaine Zimmerman
1792 Bedford Cove
Germantown, TN 38139

HNM Coastal Properties LLC
242 Drake Landing
New Bern, NC 28560

DAKZ, LLC
1500 Sunday Drive, Suite 300`
Raleigh, NC 27612

Erline Rita Gage Johnson &
Graham Johnson, Trustees
57 Briole Path Lane
Madison, CT 06443

Howard, Perry & Walston
1001 Wade Ave
Suite 102
Raleigh, NC 27605

Daryl Burgess, Ward Sylvester, Talmage
Burgess and William Hargett
102 Pecan Lane
Richlands, NC 28514

Frank Tantum & Nasser Diab
14715 S. Woodcrest Ave
Homer Glenn, IL 60491

IQWare Inc
600 Hillsborr Blvd W
#102
Deerfield Beach, FL 33441

Jack Passot & Kathy J Passot
307 Middle Street
Apt E
New Bern, NC 28560

Jonathan Kramer & Laurie Kramer
5909 Charleycoat Dr
Raleigh, NC 27614

Matthew J Hertzberg
PO Box 243
1505 Salter Path Rd #119
Salter Path, NC 28575

James D. Schulteis &
May S. Schulteis
5718 Gondolier Dr
New Bern, NC 28562

Julian Romero
75 Amberly Ct
Franklin Park, NJ 08823

McKim & Creed
PO Box 890369
Charlotte, NC 28289-0369

Janet E. Crane, Trustee
1224 Lafayette Rd.
Gladwyne, PA 19035

Justin R. Spratt & Martin Spratt
9 Richdale Dr.
PO Box 787
Wilton, CT 06897

Melvin L  Toomey
38 Shelbourne Dr
Goshen, CT 06756

Jay P. Cherry & Ann B. Cherry
1407 St. James Place
Kinston, NC 28504

Kenneth W. Fowler & Susan E. Fowler
1004 Grogans Mill Dr
Cary, NC 27519

Michael J Rodell
6 Marlorville Road
Wrappingers Fall, NY 12590

JDA Architects
510 Glenwood Avenue, Suite 201
Raleigh, NC 27603

Khaled Jreisat & Jacqueline Jreisat
234 Drake Landing
New Bern, NC 28560

Michael P Campbell &
Catherine M Campbell
14517 Akker Ct
Gainesville, VA 20152

Jeffrey A. Passot
309 Middle Street
Suite 3
New Bern, NC 28560

Marcia Ibrahim & Michael Ibrahim
2012 Valley View Way
Lansdale, PA 19446

Navreet Singh
1120 SE Cary Parkway, Suite 204
Cary, NC 27518

Jeffrey B. Taylor & Melissa D. Ellis
3606 Old Cherry Point Rd.
New Bern, NC 28560

Marina Business Ventures, LLC
1120 SE Cary Pkwy
Ste 201
Cary, NC 27518

Pamela Mundra
6216 Barclay Woods Court
Raleigh, NC 27614

John A. Razzano & Patricia Razzano
7686 Uliva Way
Sarasota, FL 34238

Mark A. Wilson & Stephanie Wilson
201 Park Meadow Dr.
Cary, NC 27519

Philadelphia Insurance
PO Box 70251
Philadelphia, PA 19176

John K. Kryvoruka
4231 S. Franklinia St
St. Augustine, FL  32092, FL 32092

Mark Halpin & Ninette Halpin
20 Aden Road
Liberty, NY 12754

Richard Burrows
3103 Peppercorn Road
New Bern, NC 28562

Richard J. Rodriguez
106 Two Putt Ct
Suite 3
New Bern, NC 28560

Soleil Group, Inc.
1120 SE Cary Parkway, Suite 201
Cary, NC 27518

The Investment Club LLC
243 Craven Steet
New Bern, NC 28560

Rita D. Walia
1120 SE Cary Parkway, Suite 201
Cary, NC 27518

Stanly Hall LLC
240 Craven Street
New Bern, NC 28560

The Sturman Family Trust
5112 Pinetree Lane
New Bern, NC 28562

Rosemarie Fiorito
75 Miller Ave
Apt # 405
Freeport, NY 11520

Stephen M Drezen
38 Shelbourne Dr
Goshen, CT 06756

Theodore F  Shults &
Katharine F  Shults
1021 Parchemin Trail
Chapel Hill, NC 27576

RyPark Advertising
3211 Rogers Road
Suite 208
Wake Forest, NC 27587

Steven A. Sanders
38 Shelbourne Dr
Goshen, CT 06756

Thomas Eugene Curd & Susan MargC
302 Day Lilly Lane
Pollocksville, NC 28573

Sanjay Mundra
1120 SE Cary Parkway, Suite 201
Cary, NC 27518

Susan Mullan
821 Woodside Dr.
Wantagh, NY 11793

Thomas H. Luter & Beverly G. Lute
1705 Hunting Ridge Road
Raleigh, NC 27615

Siemens Building Technologies, Inc.
198 Metro Drive,
Spartanburg, SC 29303

T & S Property Management, LLC
dba CAMS
1630 Military Cutoff Road Suite 108
Wilmington, NC 28403

Thyssenkrupp Elevator Company
5995 Chapel Hill Road, Suite 101
Raleigh, NC 27607

Siemens Building Technologies, Inc.
1745 Corporate Drive
Suite 240
Norcross, GA 30093

T & S Property Management, LLC
dba CAMS
1630 Military Cutoff Rd, Suite 108
Wilmington, NC 28403

Trent-Neuse Hotel, LLC
1120 SE Cary Pkwy
Ste 201
Cary, NC 27518

Skysail Owners Association, Inc.
c/o T & S Property Management, LLC
1630 Military Cutoff Road, Ste 108
Wilmington, NC 28403

The Clifton M Stoneburner and
Mary T. Stoneburner Trust
6200 Candle Ct
Sykesville, MD 21784

URS Corp.
1000 NE Abernathy Road
Suite 900
Atlanta, GA 30328

Soleil Group, Inc.
1120 SE Cary Pkwy
Ste 201
Cary, NC 27518

The Insurance Center
1320 Commerece Drive
New Bern, NC 28562

Wachovia
150 Fayetteville St
Suite 200
Raleigh, NC 27601

Ward  & Smith
PO Box 867
New Bern, NC 28563-0867


Weaver  Cooke  Construction,  LLC
3725 National  Drive
Suite  215
Raleigh, NC 27612


Welcome  Real  Estate  Company
1120 SE Cary  Pkwy, Ste  201
Cary, NC 27518


William  G.  Price  &  Janet  F.  Price
5020 Fairways  Circle  #307
Vero Beach, FL 32967

# United States Bankruptcy Court
### Eastern District of North Carolina

In re   New Bern Riverfront Development, LLC

Debtor(s)

Case No.
Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   New Bern Riverfront Development, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

November 30, 2009

Date

/s/ John A. Northen, NCSB

John A. Northen, NCSB 6789

Signature of Attorney or Litigant
Counsel for   New Bern Riverfront Development, LLC
Northen Blue, L.L.P.
1414 Raleigh Road, Suite 435
P.O. Box 2208
Chapel Hill, NC 27515-2208
(919) 968-4441