**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WILSON DIVISION**

**IN THE MATTER OF:**  CASE NO. 09-10340-8-JRL

**New Bern Riverfront Development, LLC**  CHAPTER 11

**Debtor.**

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**NOW COME** C. Hamilton Jarrett III of the Law Firm of Conner Gwyn Schenk, PLLC, Post Office Box 30933, Raleigh, North Carolina 27622, and Gerald A. Jeutter Jr. of the Law Firm of Gerald A. Jeutter Jr., Post Office Box 12585, Raleigh, North Carolina 27605, and pursuant to Section 1109(b) of the Bankruptcy Code and Federal Rules of Civil Procedure 2002 and 9010, hereby enter their appearances on behalf of creditor Weaver Cooke Construction, LLC, and request that a copy of all notices to given or required to be served be served upon them as attorneys for Weaver Cooke Construction, LLC.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notice and papers referred to in the rules specified above, but also including, without limitation, notice of any application, complaint, demand, hearing, motion, petition, pleading, or request, transmitted or conveyed by mail, delivery, electronic filing, telephone, telegraph, telex, facsimile or otherwise with regard to the above-referenced bankruptcy proceeding.

This the 3rd day of December 2009.

| | |
|---|---|
| /s/ Gerald A. Jeutter, Jr. | /s/ C. Hamilton Jarrett III |
| Gerald A. Jeutter Jr. | C. Hamilton Jarrett, NC Bar No. 10947 |
| North Carolina State Bar No. 17724 | Post Office Box 30933 |
| 615 Oberlin Road, Suite 102 | Raleigh, North Carolina 27622 |
| Post Office Box 12585 | Telephone: 919-789-9242 |
| Raleigh, North Carolina 27605 | Email: hjarrett@cgspllc.com |
| Telephone: (919) 334-6631 | |
| Facsimile: (919) 833-9793 | |
| Email: jeb@jeutterlaw.com | |

## **CERTIFICATE OF SERVICE**

I, Pat B. Lyles, do hereby certify that the **Notice of Appearance and Request for Notices,** hereto attached, was served this day upon the parties listed below by mailing a copy thereto to each such party at the address indicated below with its proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Postal Service or where so indicated, by electronic means, hand delivery, email, fax and/or overnight courier on the 3rd day of December, 2009:

| | |
|---|---|
| **Brian Behr** | **John A. Northen** |
| Bankruptcy Administrator, EDNC | Northen Blue, LLP |
| 434 Fayetteville Street Suite 620 | PO Box 2208 |
| Raleigh, NC 27601 | Chapel Hill, NC 27515-2208 |
| brian_behr@nceba.uscourts.gov | jan@nbfirm.com |

  /s/ Pat B. Lyles
Pat B. Lyles, Paralegal
Gerald A. Jeutter, Jr.
Attorney at Law, PA
615 Oberlin Road, Suite 102
Raleigh, North Carolina 27605
Telephone: 919-334-6631