UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

| IN THE MATTER OF: | |
|---|---|
| New Bern Riverfront Development, LLC | Case No. 09-10340-8-JRL<br>Chapter 11 |
| Debtor | |
| **Motion To Extend Deadlines To Vote Or File Objections And Reschedule Hearing** | |

New Bern Riverfront Development, LLC (the "Debtor") moves the Court to (i) extend the deadlines to vote to accept or reject the Debtor's proposed plan, and to file any objection to the disclosure statement or the proposed plan, and (ii) continue the hearing on final approval of the disclosure statement and confirmation of the Debtor's proposed plan, as follows:

1    On November 30, 2009 (the "Petition Date"), the Debtor filed a voluntary petition seeking relief under Chapter 11 of the Bankruptcy Code, and operates as a debtor-in-possession.

2    This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334, and this matter is a core proceeding under 28 U.S.C. §157(b)(2). Venue is proper pursuant to 28 U.S.C. §§1408 and 1409.

3    On January 3, 2011, the Debtor filed a disclosure statement and plan of reorganization dated December 31, 2010. The Court issued an order on January 4, 2011, setting February 22, 2011 as the deadline to file objections to the adequacy of the disclosure statement, objections to the proposed plan of reorganization, and written acceptances or rejections of the proposed plan.

4    In the same order, the Court set March 1, 2011 for the hearing to consider final approval of the disclosure statement and to consider confirmation of the proposed plan.

5    The Debtor has negotiated a consensual plan of reorganization with its secured creditor, Wells Fargo Bank, N.A., subject to certain plan modifications which do not materially impact other creditors. Other plan modifications are or may be needed in order to address certain concerns raised by the City of New Bern, which are the subject of current discussions.

6    The Debtor believes these remaining issues can be resolved and an amended plan filed within the next thirty days, and an extension of the deadlines and continuance of the confirmation hearing to accommodate the negotiations would be in the best interest of the estate.

Wherefore, the Debtor prays the Court for the following:

1. Extend the deadline to file objections to the adequacy of the disclosure statement, objections to the proposed plan of reorganization, and written acceptances or rejections of the proposed plan to March 24, 2011.

2. Continue the hearing to consider final approval of the disclosure statement and to consider confirmation of the proposed plan to a date acceptable to the Court on or after April 4, 2011.

Respectfully submitted on behalf of the Debtor, this the 21st day of February, 2011.

/s/ John A. Northen

**Counsel for the Debtor**
Northen Blue, LLP
John A. Northen, NCSB #6789
jan@nbfirm.com
Vicki L. Parrott, NCSB #25449
vlp@nbfirm.com
Stephanie Osborne-Rodgers, NCSB #29374
sor@nbfirm.com
Post Office Box 2208
Chapel Hill, NC 27515-2208
Telephone: 919-968-4441

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

| IN THE MATTER OF:<br><br>New Bern Riverfront Development, LLC,<br><br>Debtor | Case No. 09-10340-8-JRL<br>Chapter 11 |
|---|---|

### Notice of Motion

The Debtor filed a motion with the Court asking the Court (i) to extend the deadline to file objections to the adequacy of the disclosure statement, objections to the proposed plan of reorganization, and written acceptances or rejections of the proposed plan to March 24, 2011, and (ii) to continue the hearing on final approval of the disclosure statement and on confirmation of the proposed plan to a date acceptable to the Court on or after April 4, 2011.

Respectfully submitted on behalf of the Debtor, this the 21st day of February, 2011.

/s/ John A. Northen

**Counsel for the Debtor**
John A. Northen, NCSB #6789
jan@nbfirm.com
Vicki L. Parrott, NCSB #25449
vlp@nbfirm.com
Stephanie Osborne-Rodgers, NCSB #29374
sor@nbfirm.com
Northen Blue, LLP
Post Office Box 2208
Chapel Hill, NC 27515-2208
Telephone: 919-968-4441

Confirmation motion 2011.02.21                                                         3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

| IN THE MATTER OF:<br><br>New Bern River Development, LLC<br>Debtor | Case No. 09-10340-8-JRL<br><br>Chapter 11 |
|---|---|

**Certificate of Service**

I hereby certify that I have this day served a copy of the **foregoing document** by
1) automatic electronic service:

| | |
|---|---|
| Marjorie K. Lynch<br>Brian Behr<br>Bankruptcy Administrator Office<br>434 Fayetteville Street Mall, Suite 620<br>Raleigh, NC 27601 | Brian D. Darer<br>Parker Poe<br>Obo Wachovia<br>P O Box 389<br>Raleigh, NC 27602-0389 |
| Gerald A. Jeutter, Jr.<br>Obo Weaver Cooke Construction, LLC<br>jeb@jeutterlaw.com | David J. Haidt<br>Obo Daryl Burgess<br>davidhaidt@embarq.com |
| Patsy A. Cook<br>William M. Black, Jr., Attorneys<br>Obo National Erectors Rebar, Inc.<br>PO Box 19866<br>Raleigh, NC 27619 | Paul E. Davis<br>C. Hamilton Jarrett<br>Conner Gwyn Schenck, PLLC<br>Obo Travelers Casualty & Surety<br>pdavis@cgspllc.com |
| Ernest C. Richardson, IV<br>Ernest C. Richardson, III<br>Richardson & Richardson<br>Obo Buivid, Cherry, Campbell, Duckett,<br>Naugler, Letts, Spratt, et al<br>P O Box 1594<br>New Bern, NC 28563 | Joel R. Rhine<br>Katherine C. Wagner<br>Lea Rhine & Rosbrugh, PLLC<br>Obo Christopher & Hillary Boyce<br>314 Walnut Street<br>Wilmington, NC 28401 |
| Michael Scott Davis<br>Davis Hartman Wright, PLLC<br>Obo City of New Bern<br>msd@dhwlegal.com | Gregory W. Brown<br>Obo JDA Architects<br>gregory@brownlawllp.com |
| | |
| | |

Confirmation motion 2011.02.21                                                                                                     4

2. and by depositing a copy of the **Notice of Motion** in an envelope bearing sufficient postage in the United States mail at Chapel Hill, North Carolina, addressed to the following parties at their last known address:

| Internal Revenue Service<br>Centralized Insolvency Operations<br>P O Box 21126<br>Philadelphia, PA 19114-0326 | North Carolina Department of Revenue<br>Bankruptcy Unit<br>P O Box 1168<br>Raleigh, NC  27602-1168 |
|---|---|
| | |

This the 21st day of February, 2011.

/s/ John A. Northen

**Counsel for the Debtor**
John A. Northen, NCSB #6789
jan@nbfirm.comj
Northen Blue, LLP
Post Office Box 2208
Chapel Hill, NC 27515-2208
Telephone: 919-968-4441

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

| IN THE MATTER OF:<br><br>New Bern River Development, LLC<br>Debtor | Case No. 09-10340-8-JRL<br><br>Chapter 11 |
|---|---|
| **Certificate of Service** ||

I hereby certify that I have this day served a copy of the **foregoing document** by
   1) automatic electronic service:

| | |
|---|---|
| Marjorie K. Lynch<br>Brian Behr<br>Bankruptcy Administrator Office<br>434 Fayetteville Street Mall, Suite 620<br>Raleigh, NC  27601 | Brian D. Darer<br>Parker Poe<br>Obo Wachovia<br>P O Box 389<br>Raleigh, NC  27602-0389 |
| Gerald A. Jeutter, Jr.<br>Obo Weaver Cooke Construction, LLC<br>jeb@jeutterlaw.com | David J. Haidt<br>Obo Daryl Burgess<br>davidhaidt@embarq.com |
| Patsy A. Cook<br>William M. Black, Jr., Attorneys<br>Obo National Erectors Rebar, Inc.<br>PO Box 19866<br>Raleigh, NC 27619 | Paul E. Davis<br>C. Hamilton Jarrett<br>Conner Gwyn Schenck, PLLC<br>Obo Travelers Casualty & Surety<br>pdavis@cgspllc.com |
| Ernest C. Richardson, IV<br>Ernest C. Richardson, III<br>Richardson & Richardson<br>Obo Buivid, Cherry, Campbell, Duckett,<br>Naugler, Letts, Spratt, et al<br>P O Box 1594<br>New Bern, NC  28563 | Joel R. Rhine<br>Katherine C. Wagner<br>Lea Rhine & Rosbrugh, PLLC<br>Obo Christopher & Hillary Boyce<br>314 Walnut Street<br>Wilmington, NC  28401 |
| Michael Scott Davis<br>Davis Hartman Wright, PLLC<br>Obo City of New Bern<br>msd@dhwlegal.com | Gregory W. Brown<br>Obo JDA Architects<br>gregory@brownlawllp.com |
| Donalt J. Eglinton<br>Obo Skysail Owners Assoc<br>Ward and Smith<br>ksr@wardandsmith.com | Paul A. Fanning<br>Obo New Bern Riverfront Development<br>Ward and Smith<br>slw@wardandsmith.com |
| | |

2. and by depositing a copy of the **Notice of Motion** in an envelope bearing sufficient postage in the United States mail at Chapel Hill, North Carolina, addressed to the following parties at their last known address:

| | |
|---|---|
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P O Box 21126<br>Philadelphia, PA 19114-0326 | North Carolina Department of Revenue<br>Bankruptcy Unit<br>P O Box 1168<br>Raleigh, NC 27602-1168 |
| Cebridge Acquisitions LP<br>dba SuddenLink<br>PO Box 742507<br>Cincinnati, OH 45274 | URS Corp.<br>Attn: Managing Agent<br>1000 NE Abernathy Road<br>Suite 900<br>Atlanta, GA 30328 |
| Craven County<br>Attn: Managing Agent<br>226 Pollock Street<br>New Bern, NC 28560 | Hatchett Hospitality<br>Attn: Managing Agent<br>122 East Taylor Street<br>Griffin, GA 30224 |
| Howard, Perry & Walston<br>Attn: Managing Agent<br>1001 Wade Ave<br>Suite 102<br>Raleigh, NC 27605 | McKim & Creed<br>Attn: Managing Agent<br>PO Box 890369<br>Charlotte, NC 28289-0369 |
| Philadelphia Insurance<br>Attn: Managing Agent<br>PO Box 70251<br>Philadelphia, PA 19176 | The Insurance Center<br>Attn: Managing Agent<br>1320 Commerece Drive<br>New Bern, NC 28562 |
| RyPark Advertising<br>Attn: Managing Agent<br>3211 Rogers Road<br>Suite 208<br>Wake Forest, NC 27587 | Siemens Building Technologies, Inc.<br>Attn: Managing Agent<br>198 Metro Drive,<br>Spartanburg, SC 29303 |
| T & S Property Management, LLC<br>dba CAMS<br>Attn: Managing Agent<br>1630 Military Cutoff Rd # 108<br>Wilmington, NC 28403 | See any additional parties on attached list |
| | |

This the 21st day of February, 2011.

/s/ John A. Northen

**Counsel for the Debtor**
John A. Northen, NCSB #6789
jan@nbfirm.comj
Northen Blue, LLP
Post Office Box 2208
Chapel Hill, NC 27515-2208
Telephone: 919-968-4441

| | | |
|---|---|---|
| Ann Buivid & Martin Spratt<br>44 Fern Valley Road<br>Weston, CT 06883 | Anthony Low & Rosemary Low<br>2210 Page Road #103<br>Durham, NC 27703 | Arvind K. Singh<br>3685 Wheeler Road, Suite 201<br>Augusta, GA 30906 |
| Barbara Jo Call & Claire Fuller<br>2714 Briar Lake Woods Way<br>Atlanta, GA 30345 | Brian D. Darer<br>obo Wachovia Bank<br>Parker Poe Adams<br>P O Box 389<br>Raleigh, NC 27602 | C. Hamilton Jarrett, III<br>obo Weaver Cooke Construction, LLC<br>P O Box 30933<br>Raleigh, NC 27622 |
| Cebridge Acquisitions, LP<br>dba SuddenLink<br>PO Box 742507<br>Cincinnati, OH 45274 | Christopher S. Boyce<br>204 Benfield Road<br>Severna Park, MD 21146 | Craven County<br>226 Pollock Street<br>New Bern, NC 28560 |
| DAKZ, LLC<br>1500 Sunday Drive, Suite 300<br>Raleigh, NC 27612 | Daryl Burgess, Ward Sylvester, Talmage Burgess and William Hargett<br>102 Pecan Lane<br>Richlands, NC 28514 | Dicky S Walia<br>1120 SE Cary Parkway, Suite 201<br>Cary, NC 27518 |
| Dicky S. Walia<br>1120 SE Cary Parkway, Suite 201<br>Cary, NC 27518 | Douglas K. Moyers & Cheryl Moyers<br>242 Drake Landing<br>New Bern, NC 28560 | Douglas Shepherd & Lynn Shepherd<br>2040 Long Creek Road<br>Virginia Beach, VA 23451 |
| Edward B. Ellis Jr. and<br>Veronica Ellis<br>7001 Jeffrey Drive<br>Raleigh, NC 27603 | Elaine Zimmerman<br>1792 Bedford Cove<br>Germantown, TN 38139 | Employment Security Commission<br>700 Wade Avenue<br>P.O. Box 26504<br>Raleigh, NC 27611 |
| Ernest C. Richardson, III<br>obo various purchasers<br>P O Box 1594<br>New Bern, NC 28563 | Ernest C. Richardson, III<br>Thomas E. and Susan M. Curd<br>P O Box 1594<br>New Bern, NC 28563 | Frank Tantum & Nasser Diab<br>14715 S. Woodcrest Ave<br>Homer Glenn, IL 60491 |
| Gerald A. Jeutter, Jr.<br>obo Wever Cooke Construction, LLC<br>P O Box 12585<br>Raleigh, NC 27605 | Gregory E. Irvin &<br>Beatrice L. DeMitte<br>P O Box 1632<br>Groton, CT 06340 | GTG Properties LLC<br>9901 Crissie Wright Court<br>Emerald Isle, NC 28594-2364 |
| Harinderjit Singh<br>3685 Wheeler Road, Suite 201<br>Augusta, GA 30906 | Harminder Paul Singh<br>102 Ambiance Lane<br>Cary, NC 27518 | Hatchett Hospitality<br>122 East Taylor Street<br>Griffin, GA 30224 |
| HNM Coastal Properties LLC<br>242 Drake Landing<br>New Bern, NC 28560 | Howard, Perry & Walston<br>1001 Wade Ave<br>Suite 102<br>Raleigh, NC 27605 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114 |

IQWare Inc
600 Hillsborr Blvd W
#102
Deerfield Beach, FL 33441

Jack Passot & Kathy J Passot
307 Middle Street
Apt E
New Bern, NC 28560

James D. Schulteis &
May S. Schulteis
5718 Gondolier Dr
New Bern, NC 28562

JDA Architects
510 Glenwood Avenue, Suite 201
Raleigh, NC 27603

Jeffrey A. Passot
309 Middle Street
Suite 3
New Bern, NC 28560

Jeffrey B. Taylor & Melissa D. Ellis
3606 Old Cherry Point Rd.
New Bern, NC 28560

Joel R Rhine
Lea Rhine & Rosbrugh, PLLC
obo Christopher & Hilary Boyce
314 Walnut Street
Wilmington, NC 28401

John K. Kryvoruka
4231 S. Franklinia St
St. Augustine, FL 32092, FL 32092

Kenneth W. Fowler & Susan E. Fowler
1004 Grogans Mill Dr
Cary, NC 27519

Khaled Jreisat & Jacqueline Jreisat
234 Drake Landing
New Bern, NC 28560

Marcia Ibrahim & Michael Ibrahim
2012 Valley View Way
Lansdale, PA 19446

Marina Business Ventures, LLC
1120 SE Cary Pkwy
Ste 201
Cary, NC 27518

Marjorie K. Lynch
Bankruptcy Administrator Office
434 Fayetteville Street Mall, Suite 620
Raleigh, NC 27601

Mark A. Wilson & Stephanie Wilson
2006 Silky Dogwood Trail
Apex, NC 27502-4069

Matthew J Hertzberg
PO Box 243
1505 Salter Path Rd #119
Salter Path, NC 28575

McKim & Creed
PO Box 890369
Charlotte, NC 28289-0369

Melvin L Toomey
38 Shelbourne Dr
Goshen, CT 06756

Michael J Rodell
6 Marlorville Road
Wrappingers Fall, NY 12590

Michael Scott Davis
Davis Hartman Wright, PLLC
obo City of New Bern
209 Pollock Street
New Bern, NC 28560

Navreet Singh
102 Ambiance Lane
Cary, NC 27518

North Carolina Dept of Revenue
P O Box 25000
Raleigh, NC 27640

Pamela Mundra
6216 Barclay Woods Court
Raleigh, NC 27614

Philadelphia Insurance
PO Box 70251
Philadelphia, PA 19176

Richard Burrows
3103 Peppercorn Road
New Bern, NC 28562

Richard J. Rodriguez
c/o Jeffrey Passot
307 Middle Street, Apt E
New Bern, NC 28560

Rita D. Walia
1120 SE Cary Parkway, Suite 201
Cary, NC 27518

RyPark Advertising
3211 Rogers Road
Suite 208
Wake Forest, NC 27587

Sanjay Mundra
1120 SE Cary Parkway, Suite 201
Cary, NC 27518

Siemens Building Technologies, Inc.
198 Metro Drive,
Spartanburg, SC 29303

Siemens Building Technologies, Inc.
1745 Corporate Drive
Suite 240
Norcross, GA 30093

| | | |
|---|---|---|
| Skysail Owners Association, Inc.<br>c/o T & S Property Management, LLC<br>1630 Military Cutoff Road, Ste 108<br>Wilmington, NC 28403 | Soleil Group, Inc.<br>1120 SE Cary Pkwy<br>Ste 201<br>Cary, NC 27518 | Soleil Group, Inc.<br>1120 SE Cary Parkway, Suite 201<br>Cary, NC 27518 |
| Stanly Hall LLC<br>240 Craven Street<br>New Bern, NC 28560 | Stephen M Drezen<br>38 Shelbourne Dr<br>Goshen, CT 06756 | Steven A. Sanders<br>38 Shelbourne Dr<br>Goshen, CT 06756 |
| T & S Property Management, LLC<br>dba CAMS<br>1630 Military Cutoff Road Suite 108<br>Wilmington, NC 28403 | T & S Property Management, LLC<br>dba CAMS<br>1630 Military Cutoff Rd, Suite 108<br>Wilmington, NC 28403 | Taisha Clarke<br>CMR 455 Box 474<br>APO AE, 09046 |
| The Clifton M Stoneburner and<br>Mary T. Stoneburner Trust<br>6200 Candle Ct<br>Sykesville, MD 21784 | The Insurance Center<br>1320 Commerece Drive<br>New Bern, NC 28562 | The Sturman Family Trust<br>5112 Pinetree Lane<br>New Bern, NC 28562 |
| Thomas H. Luter & Beverly G. Luter<br>1705 Hunting Ridge Road<br>Raleigh, NC 27615 | Thyssenkrupp Elevator Company<br>5995 Chapel Hill Road, Suite 101<br>Raleigh, NC 27607 | Trent-Neuse Hotel, LLC<br>1120 SE Cary Pkwy<br>Ste 201<br>Cary, NC 27518 |
| URS Corp.<br>1000 NE Abernathy Road<br>Suite 900<br>Atlanta, GA 30328 | Ward & Smith<br>PO Box 867<br>New Bern, NC 28563-0867 | Welcome Real Estate Company<br>1120 SE Cary Pkwy, Ste 201<br>Cary, NC 27518 |
| William G. Price & Janet F. Price<br>5020 Fairways Circle #307<br>Vero Beach, FL 32967 | | |