**SO ORDERED.**

**SIGNED this 31 day of March, 2011.**

_____
**J. Rich Leonard
United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| IN RE: <br><br>**NEW BERN RIVERFRONT DEVELOPMENT, LLC** <br><br> DEBTOR | **CASE NO. 09-10340-8-JRL** <br> **CHAPTER 11** |
|---|---|
| **ORDER FURTHER EXTENDING DEADLINES TO VOTE OR FILE OBJECTIONS AND RESCHEDULING HEARING** ||

This matter comes before the Court to consider the Motion filed by New Bern Riverfront Development, LLC (the "Debtor") to (i) extend the deadlines to vote to accept or reject the Debtor's proposed plan, and to file any objection to the disclosure statement or the proposed plan, and (ii) continue the hearing on final approval of the disclosure statement and confirmation of the Debtor's proposed plan, and for good and sufficient reasons appearing it is hereby Ordered as follows:

1. The deadline to file objections to the adequacy of the disclosure statement, objections to the proposed plan of reorganization, and written acceptances or rejections of the proposed plan is hereby extended to May 2, 2011.

2. The hearing to consider final approval of the disclosure statement and to consider confirmation of the proposed plan is hereby continued to a later date to be set by the Court.

[end of document]